■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY WILKES, Appellant. [851 NYS2d 359]—Appeal by the defendant from an order of the County Court, Westchester County (R. Bellantoni, J.), dated November 3, 2006, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant was appropriately assessed points based on the victim's physical helplessness (*see People v Davenport*, 38 AD3d 634 [2007]), and for having inflicted a physical injury on her (*see People v Bogan*, 70 NY2d 860; *People v Cannon*, 300 AD2d 407 [2002]). The County Court's determination to designate the defendant a level three sex offender was supported by clear and convincing evidence (*see People v Smith*, 46 AD3d 791 [2007]; *People v Morris*, 33 AD3d 778 [2006]).

The issue of whether an automatic override is applicable in this case has been rendered academic given the determination that the defendant is, by score, a level three sex offender. Spolzino, J.P., Santucci, Angiolillo and Carni, JJ., concur.